WARRANT FOR ARREST                                     CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: CR: 06-117 | MAGIS. NO: |
|---|---|---|

V.

FRANCISCO MARRERO

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED

FRANCISCO MARRERO

DOB:                    PDID#

**FILED**

**OCT 2 7 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Reg. #: 28526-016

WARRANT ISSUED ON THE BASIS OF:
[X] Order of Court        [ ] Information
[ ] Indictment            [ ] Complaint

DISTRICT OF ARREST

TO:  ANY UNITED STATES MARSHAL OR
     OTHER AUTHORIZED OFFICER

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before
the nearest available Magistrate Judge to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

FAILURE TO APPEAR FOR ARRAIGNMENT

(Original Charge : 18 U.S.C. 922(g)(1) : Unlawful Possession of a Firearm and Ammunition by a
    Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)

IN VIOLATION OF:        UNITED STATES CODE TITLE & SECTION:

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| HOLD WITHOUT BOND | |

| ORDERED BY: | JUDGE/MAGISTRATE JUDGE | DATE ISSUED: |
|---|---|---|
| MAGISTRATE JUDGE ALAN KAY | *Alan Kay* | 5/22/06 |

| CLERK OF COURT: | BY DEPUTY CLERK: | DATE: |
|---|---|---|
| Nancy Mayer-Whittington | *Kymberly C. Kay* | 5/22/06 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10-27-06 | D.C Baldwin | *David Baldwin* |
| DATE EXECUTED | S DUSA | |
| 10-27-06 | | |

111 4384