UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 06-117 (GK) |
| FRANCISCO MARRERO : | **FILED** |
| Defendant. : | NOV 1 5 2006 |
| : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

STATEMENT OF OFFENSE

Were the Government to go to trial in the above-captioned case, the Government would prove the following facts beyond a reasonable doubt:

On February 22, 2006, at approximately 10:38 p.m., Officers Zabavsky, Roeder and Snapko of the Metropolitan Police Department responded to the 1300 block of Girard Street, N.W., Washington, D.C., to respond to a call for an aggravated assault in progress. The officers approached defendant FRANCISCO MARRERO and a woman. Both individuals were interviewed separately regarding the assault, and each stated they had been fighting for unknown reasons, but that they had stopped. During the interview, defendant FRANCISCO MARRERO was repeatedly sliding his hand in and out of the pockets of his jumpsuit. At one point during the interview, the officers observed a silver colored revolver fall out of defendant FRANCISCO MARRERO's right front jumpsuit pocket and land on the sidewalk. Upon examination of the firearm, the officers determined that the gun was an H & R Arms, Young America Revolver, double action .22 caliber revolver, bearing serial number 31051, and containing five (5) live rounds of .22 caliber ammunition and one spent casing. Defendant FRANCISCO MARRERO was placed under arrest.

At the time of the incident, the defendant had previously been convicted on January 11, 1984, of second degree homicide in Circuit Court Eleventh Judicial Circuit of Dade County, Florida, Criminal Case No. 83-15516, an offense punishable by more than one year imprisonment.

Neither the firearm nor ammunition recovered by the officers in this case was manufactured or produced within the District of Columbia.

### DEFENDANT'S ACKNOWLEDGMENT

I have read and discussed the two (2) pages constituting the Statement of Offense in the above-captioned case, 06-117 (GK), with my attorney, Rita Bosworth, Esquire. I agree, and acknowledge by my signature that this factual proffer is true and correct.

Date: 11-15-06.  *Francisco Marrero*
Francisco Marrero, Defendant

Date: 11-15-06  *Rita Bosworth*
Rita Bosworth, Esq.
Attorney for Defendant Francisco Marrero