UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  :
                           :
                           :
        v.                 :   Criminal No. 06-117 (GK)
                           :
                           :   **FILED**
Francisco Marrero,         :
                           :   NOV 1 5 2006
        Defendant.         :
                           :   NANCY MAYER WHITTINGTON, CLERK
                               U.S. DISTRICT COURT

## ORDER

It is hereby this 14th day of November, 2006,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than *January 26, 2007* and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than *Feb. 2, 2007* by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on *Feb. 7, 2007 at 4:15pm*,

**IT IS SO ORDERED.**

_Gladys Kessler_
Gladys Kessler
U.S. District Judge