

**Washington Hospital Center**

**Department of Emergency Medicine**
**PATIENT DISCHARGE INSTRUCTIONS**



**Marrero, Francisco**

**60M**

| | | |
|---|---|---|
| Patient Name | Marrero, Francisco | Date  01/22/2007 |
| You were Seen By Dr. | Wuerker, Christopher K.  M.D. | |
| Diagnosis(es) | Angioedema | |
| | Hypertension | |

Follow up with __Your doctor - next week.__
or call **(202) 877-DOCS (3627)** for a referral to a Washington Hospital affiliated physician.
You should be re-examined in _____ days, call as soon as possible for an appointment.
If not improving after _____ days, please call for the next available appointment.
Additional Follow-up _____

| | |
|---|---|
| Return to the Emergency Department if you experience | **swelling getting worse or if you feel short of breath.** |
| Additional Instructions | **Stop lisinopril but continue to take your hydrochlorothiazide. Take Benadryl for next 3 days.** |
| You were prescribed the following medicines | **Diphenhydramine 50 mg; thirty** |
| Clinical Education Sheets | |

Printed:   01/22/2007 15:51
**Marrero, Francisco**



MRN: 2650467

DOB: **10/10/1946**  Age: **60**   Sex: **M**



Patient Discharge Instructions

Reg Date/Time:   01/22/2007 13:45



Acct: 20701116



Washington Hospital Center

**Department of Emergency Medicine**
**DIAGNOSTIC STUDIES**



**Marrero, Francisco**

**60M**

---

Laboratory Results   ☐ *All Labs reviewed by EM Attending*

BL GLU=106; BL NA=L134; BL K=4.2; BL CL=102; BL BUN=12; CRIT=45; ABG PH=7.402; ABG PCO2=39.0; ABG HCO3=24.2; ABG TCO2=25.0; ABG SPEC=VEN

---

Radiology Results   ☐ *All Images reviewed by EM Attending*

**Radiologist:**
**EMD:**

Preliminary Reading By _____

---

ECG Reading by EM Attending

---

Printed:   01/22/2007 15:51

**Marrero, Francisco**

DOB: **10/10/1946**  Age: **60**   Sex: **M**

Reg Date/Time:   01/22/2007 13:45



MRN: 2650467



Diagnostic Studies



Acct: 20701116