HONORABLE GLADYS KESSLER, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-117</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| MARRERO, Franciso | : | Disclosure Date: <u>December 21, 2006</u> |

FEB 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                         _____
**Prosecuting Attorney**                                   **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
(✓)  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_[signature]_ Francisco Marrero        _[signature]_ Rita Bosworth   1/3/07
**Defendant**            **Date** 1-03-07     **Defense Counsel**        **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **January 04, 2007**, to U.S. Probation Officer **Sherry Brandon**, telephone number <u>(202) 565-1327</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Acting Chief
       United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

January 3, 2007

Sherry Brandon
United States Probation Office
Fax Number: (202) 273-0242

Dear Ms. Brandon:

I have reviewed the Presentence Investigation Report for Francisco Marrero and I submit the following objections.[1]

1. Front Page: Mr. Marrero objects to the assertion that he "failed to appear" for an arraignment hearing on May 18, 2006, and May 22, 2006. Mr. Marrero did not attend these hearings because he was under the impression that his case was dismissed. This is because the initial complaint against him, filed on 2/23/06, was actually dismissed on 3/21/06, and undersigned counsel notified him that his case was dismissed when he was released from prison. See Criminal Case 06-mj-78.

2. Page 4, ¶ 5: Mr. Marrero objects to the assertion that he "failed to appear" for the reasons stated in objection 1 above.

3. Page 6, ¶ 19: Mr. Marrero objects to the addition of 2 points for "failing to appear." As explained above, Mr. Marrero was under the impression that his case had been dismissed, and he never received notice that he was subsequently indicted or that any hearings were set, which is why he did not attend the scheduled arraignments. USSG § 3C1.1 states that 2 points may be added if "the defendant **willfully** obstructed or impeded . . . the administration of justice . . . ." Mr. Marrero in no way meant to obstruct justice, he simply was unaware of the court hearing. Because his absence was through no fault of his own, this enhancement does not apply.

4. Page 6, ¶ 22: Mr. Marrero objects to the probation officer's failure to subtract 2 points for acceptance of responsibility. The government clearly stated in the plea agreement that it "agrees that a 2-level reduction would be appropriate" for acceptance of responsibility. Plea Agreement at 2, para. 8. Because Mr. Marrero in no way willfully obstructed justice, he is entitled to a 2 point reduction from his base offense level.

---

[1]  Mr. Marrero has not had an opportunity to review the report, thus all objections pertain only to the legal conclusions made in the report. Mr. Marrero reserves his right to dispute any factual misrepresentations.

5. Page 6, ¶ 23: Because Mr. Marrero should not receive 2 points for obstruction of justice, and because his base offense level should be lowered by 2 points for acceptance of responsibility, his total offense level is 12.

6. Page 14, ¶ 66: Mr. Marrero's base offense level is a 12. As such, his guideline range for imprisonment is 12-18 months.

Sincerely,

*Rita Bosworth*

Rita Bosworth
Assistant Federal Defender
(202) 208-7500

| | |
|---|---|
| **To:** | Sherry Brandon, US-PO |
| **Fax#:** | 202/273-0242 |
| **Re:** | U.S. v. Francisco Marrero, 06CR117 |
| **Date:** | January 3, 2007 |
| **Pages:** | 4, including this cover sheet. |

# FACSIMILE

From the desk of...

**Rita Bosworth**
Assistant Federal Defender
Federal Public Defender - Washington, D.C.
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004

202/208-7500
Fax: 202/501-3829

### CONFIDENTIALITY NOTE

The documents accompanying this telefax contain information from the **FEDERAL PUBLIC DEFENDER, DISTRICT OF COLUMBIA**, which is confidential or privileged. The information is intended for use by the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any copying, disclosure, distribution or use of the contents of this telecopied information is prohibited. If you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you.

**Receipt and Acknowledgment**                                          Page 2

Mr. Marrero has reviewed the PSR. His only objection is on page 11, ¶ 40: He is not the father of Miracle Marrero (age 3 months). A paternity test is enclosed.

Signed by: _Rita Bosworth_
(Defendant/Defense Attorney/AUSA)

Date: 1/3/07




Atty J. Kindsvatter
(2) 347-1962

**DC COURT COUNSEL CHILD ABUSE AND NEGLECT**
**616 H STREET, NW**
**ROOM 600**
**WASHINGTON, DC 20001**

Case Number: 200605103
Client Case Number: 20730

| Role | Specimen | Race | Patient # | Draw Date |
|---|---|---|---|---|
| Alleged Father | FRANCISCO L MARRERO | Black | 200600417174 | 11/29/2006 |
| Child | MIRACLE WILSON | | 200600417175 | 11/29/2006 |

**Results:**

FRANCISCO L MARRERO is excluded as the biological father of MIRACLE WILSON.

Deoxyribonucleic acid (DNA) isolated from the above specimens was characterized through polymerase chain reaction (PCR) on the following genetic systems:

| System | Child Allele | Child Allele | Alleged Father Allele | Alleged Father Allele | |
|---|---|---|---|---|---|
| D3S1358 | | 16 | 14 | 17 | Inconsistent |
| vWA | 17 | 18 | 17 | 20 | |
| FGA | 23 | 24 | 22 | 27 | Inconsistent |
| D8S1179 | 13 | 15 | | 13 | |
| D21S11 | 31 | 31.2 | | 29 | Inconsistent |
| D18S51 | 12 | 15 | 16 | 24 | Inconsistent |
| D5S818 | 12 | 13 | 11 | 13 | |
| D13S317 | 10 | 12 | 12 | 14 | |
| D7S820 | | 11 | 8 | 11 | |

Based on results of the Nine genetic systems listed above, FRANCISCO L MARRERO is excluded as the biological father of MIRACLE WILSON as determined by the absence of the obligate paternal allele at D3S1358, FGA, D21S11, and D18S51.

I hereby certify that the above testing was conducted according to currently accepted scientific standards, and that the results and conclusions, including the probability of paternity, were verified and are correct as reported.

Charles M. Kelly
Director
12/14/2006

Sworn and Subscribed before me this
15th day of December, 2006

Notary Public, State of Virginia
My Commission Expires 05/31/2010

This test is performed pursuant to licensing arrangements with Roche Molecular Systems, Inc. and Applied Biosystems.

Fairfax Identity Laboratories, a Division of Commonwealth Biotechnologies, Inc.
601 Biotech Drive, Richmond, VA 23235
800-735-9224 (800-RELY-CBI) FAX: 804-648-2641